UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
WEDBUSH MORGAN SECURITIES, INC.,

          Plaintiff,

    -against-                        Civ. No. 05-CV 3227(sjj)

AVRAHAM (A/K/A AVI) NISSANIAN,
GOLDIE (A/K/A GOLDEI) NISSANIAN,
YICKHAK NISSANIAN, AND GOLD AND
SILVER PROPERTIES LLC;

          Defendants.
------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 1 1 2005 ★
P.M.
TIME A.M.

## STIPULATION BY AND BETWEEN WEDBUSH MORGAN SECURITIES, INC., AND AVRAHAM NISSANIAN AND GOLDIE NISSANIAN REMANDING THIS ACTION TO STATE COURT

**WHEREAS,** Wedbush Morgan Securities, Inc., ("Wedbush"), by and through its attorneys, Davidson & Grannum, LLP., commenced an action by Summons and Complaint, titled,

WEDBUSH MORGAN SECURITIES, INC.,

          Plaintiff,

    -against-

AVRAHAM (A/K/A AVI) NISSANIAN,
GOLDIE (A/K/A GOLDIE) NISSANIAN,
AND GOLD AND SILVER PROPERTIES LLC;

          Defendants.

filed in the Supreme Court of the State of New York, County of Queens, bearing Index No. 05-12074, on or about May 26, 2005; and

**WHEREAS,** Avraham Nissanian and Goldie Nissanian, (collectively the "Defendants"

or the "Nissanians"), by and through their attorneys, the Law Offices of Avrum J. Rosen, sought to remove the action from the State Court to this Honorable Court; and

WHEREAS, the action has been removed to the United States District Court, Eastern District of New York; and

WHEREAS, the parties have agreed at this time that this action is more properly one that should be remanded to the Supreme Court of the State of New York, County of Queens

**IT IS HEREBY AGREED, ORDERED AND ADJUDGED:**

1. The action currently pending before this Honorable Court, and bearing Case No. 05-CV 3227 shall be remanded to the Supreme Court of the State of New York, County of Queens.

2. Each side is responsible for their own costs and attorneys' fees.

Dated: Huntington, New York
July 22, 2005

                The Law Offices of Avrum J. Rosen
                Attorneys for the Respondents

BY:   S/Avrum J. Rosen
        Avrum J. Rosen (AJR4016)
        38 New Street
        Huntington, New York 11743
        631 423 8527
        ajrlaw@aol.com

Dated: Orangeburg, New York
August 2, 2005

                Davidson & Grannum, LLP
                Attorneys for the Petitioner

BY:   S/Lisa A. Catalano
        Lisa A. Catalano (LAC7150)
        30 Ramland Road
        Suite 201
        Orangeburg, New York 10962

SO ORDERED

Dated: Brooklyn, New York
August 10, 2005

s/SJ

Hon. Sterling J. Johnson
United States District Court Judge